**Thomas WALSH, Plaintiff–Appellant,**

v.

**Diomedes LOGOTHETIS, in his individual capacity; Amy Sebring, in her individual capacity; Jerome Strauss, in his individual capacity; Velma Jackson–Williams, in her individual capacity; Beverly Warren, in her individual capacity; Craig Anderson, in his individual capacity; John Musgrove, in his individual capacity; David Litton, in his individual capacity; Martha Parrish, in her individual capacity; Kawana Pace–Harding, in her individual capacity; Cynthia Andrews, in her individual capacity; Michael Rao, in his individual capacity; Rebecca Cain Ivans, in her individual capacity; Karen Beebe, in her individual capacity; Michael Pierce, in his individual capacity; Quincy Byrdsong, in his individual capacity; Greer Saunders, in her individual capacity, Defendants–Appellees.**

No. 14–1166.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2014.

Decided: July 11, 2014.

Thomas Walsh, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Walsh appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Walsh v. Logothetis,* No. 3:13–cv–00401–JAG, 2014 WL 229588 (E.D.Va. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*